IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RAYMOND MATHIS, #140252,           )
                                    )
        Plaintiff,                  )
                                    )
vs.                                 )   CIVIL ACTION NO. 1:08cv477-WHA
                                    )
SHERIFF ANDY R. HUGHES, et al.,     )              (WO)
                                    )
        Defendants.                 )

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #29), entered on August 10, 2010, and the Plaintiff's objections thereto (Doc. #32), filed on September 16, 2010.

Upon a review and independent evaluation of the Recommendation, the objections, and the file in this case, the court finds that the objections are not well-taken and are due to be overruled.

In his objections, the Plaintiff challenges the Recommendation entered on August 10, 2010 (Doc. # 29) that summary judgment be granted in favor of the Defendants on allegations regarding a sanction issued against him for possession of contraband. Specifically, the Plaintiff argues the sanction resulted from false/fabricated charges and denied hm due process prior to his placement in segregation for such sanction. The contentions in the objection fail to in any way undermine the findings on these issues as set forth in the Recommendation that: (i) The false sanction claim entitled him to no relief in accordance with *Slocum v. Georgia State Bd. of Pardons and Paroles*, 678 F.2d 940, 1442 (11th Cir.), *cert. denied*, 459 U.S. 1043 (1982).

*Recommendation* at 10-13; and (ii) The due process claim was foreclosed under *Sandin v. Conner*, 515 U.S. 472, 483-484 (1995). *Recommendation* at 14-17.  Therefore, it is hereby ORDERED as follows:

    1.  The Plaintiff's objections are overruled, and the court adopts the Recommendation of the Magistrate Judge.

    2.  The Defendants' Motion for Summary Judgment is GRANTED, and final judgment will be entered in favor of the Defendants.

    3.  This case is DISMISSED with prejudice, with costs taxed against the Plaintiff.

DONE this 23rd day September, 2010.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE